985 A.2d 1283

COMMONWEALTH of Pennsylvania, Respondent

v.

Michael W. HEFFELFINGER, Jr., Petitioner.

Supreme Court of Pennsylvania.

Dec. 29, 2009.

## *ORDER*

**AND NOW,** this 29th day of December 2009, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court for action consistent with our recent decision in *Commonwealth v. Haag*, 981 Pa. 902, 981 A.2d 902 (2009).